1  **Geoffrey M. Ezgar (SBN 184243)**
   gezgar@sidley.com
2  **SIDLEY AUSTIN LLP**
   555 California Street, Ste. 2000
3  San Francisco, California  94104
   Tel:    (415) 772-1200
4  Fax:    (415) 772-7400

5  **Joel S. Feldman**
   jfeldman@sidley.com
6  **Peter Flanagan (SBN 234528)**
   pmflanagan@sidley.com
7  **Ashwin Janakiram**
   ajanakiram@sidley.com
8  **SIDLEY AUSTIN LLP**
   One South Dearborn Street
9  Chicago, Illinois  60603
   Tel:    (312) 853-7000
10 Fax:    (312) 853-7036

**Attorneys For Defendant**
**JACKSON NATIONAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE KENNEDY,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY.<br><br>    Defendant. | Case No. 07-0371-CW<br><br>Assigned to: Hon. Claudia Wilken<br><br>**STIPULATION TO SET DEADLINES FOR FILING RESPONSE TO FIRST AMENDED CLASS ACTION COMPLAINT; AND AMENDED ORDER** |

---

**STIPULATION TO SET DEADLINES FOR FILING RESPONSE TO FIRST AMENDED CLASS ACTION COMPLAINT; AND AMENDED PROPOSED ORDER - CASE NO.: 07-0371 CW**

This Stipulation is made between Plaintiff Janice Kennedy ("Kennedy" or "Plaintiff") and Defendant Jackson National Life Insurance Company ("Jackson National" or "Defendant"), by and through their respective counsel of record, with respect to the following facts:

WHEREAS, the parties previously stipulated that Plaintiff would file a First Amended Class Action Complaint on February 22, 2007 and that Jackson National would respond by March 26, 2007; and

WHEREAS, the First Amended Class Action Complaint added new causes of action that were not previously alleged in the original complaint; and

WHEREAS, the parties have met and conferred and agreed that Jackson National should have an additional eleven calendar days to respond to the First Amended Class Action Complaint;

WHEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that Jackson National shall file and serve its response to the First Amended Class Action Complaint on or before April 6, 2007, Plaintiff shall file her opposition on or before May 21, 2007, and Jackson National shall file its reply on or before June 11, 2007.

Dated:  March 29, 2007                    RENNE SLOAN HOLTZMAN SAKAI LLP


By:   /s/ Ingrid M. Evans

Attorneys for Plaintiff
Janice Kennedy


Dated:  March 29, 2007                    SIDLEY AUSTIN LLP


By:   /s/ Geoffrey M. Ezgar

Attorneys for Defendant
Jackson National Life Insurance Company

**ATTORNEY ATTESTATION**

I, Geoffrey M. Ezgar, am the ECF User whose identification and password are being used to file the foregoing Stipulation to Set Deadlines for Filing Response to First Amended Class Action Complaint and Amended [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated:  March 29, 2007                              SIDLEY AUSTIN LLP


                                                    By:   /s/ Geoffrey M. Ezgar
                                                    Attorneys for Defendant
                                                    Jackson National Life Insurance Company

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant Jackson National Life Insurance Company shall file and serve its response to the First Amended Class Action Complaint in this matter on or before April 6, 2007, Plaintiff shall file her opposition on or before May 21, 2007, and Jackson National shall file its reply on or before June 11, 2007.

DATED: 4/10/07 _____, 2007

_____
Hon. Claudia Wilken
U.S. District Judge

4

**STIPULATION TO SET DEADLINES FOR FILING RESPONSE TO FIRST AMENDED CLASS ACTION COMPLAINT; AND AMENDED PROPOSED ORDER - CASE NO.: 07-0371 CW**

SF1 1451907v.1