IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNEDY, Individually, and on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, A Michigan corporation,<br><br>            Defendant.<br>_____/ | No. C 07-0371 CW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND DENYING DEFENDANT'S MOTION TO STRIKE |

    Defendant Jackson National Life Insurance Company has filed a motion to dismiss Plaintiff Janice Kennedy's claims under 18 U.S.C. § 1962(c) and (d), the Racketeer Influenced and Corrupt Organizations Act (RICO), for failure to plead a RICO enterprise, and for failure to plead with sufficient particularity to satisfy the heightened standards of Rule 9(b) of the Federal Rules of Civil Procedure, and to strike her prayer for disgorgement of profits under California's Unfair Competition Law (UCL), California

Business and Professions Code §§ 17200 and 17500.  Plaintiff opposes these motions.  The matter was heard on June 28, 2007.  Having considered all of the papers filed by the parties and oral argument on the motion, the Court DENIES Defendant's motion to dismiss and motion to strike.

    Plaintiff has plead a RICO enterprise under the standards of <u>Odom v. Microsoft Corp.</u>, ___ F. 3d ___, 2007 WL 1297249 at *6 (9th Cir. 2007).  Plaintiff has plead the predicate acts of fraud with sufficient particularity to satisfy Rule 9(b).

    Plaintiff's complaint does not tie the prayer for disgorgement to the UCL claims and some of the requests for relief are restitutionary and thus are proper under the UCL.  Therefore it is not appropriate to strike the prayer for disgorgement.  In the future it may be appropriate to limit damages for the UCL claims to restitution, but because the California appellate courts are split on whether <u>Korea Supply Co. v. Lockheed Martin Corp.</u>, 29 Cal.4th 1134, 1148-52 (2003), allows disgorgement in a UCL class action, this matter will not be resolved at this time.

    For the foregoing reasons, Defendant's motion to dismiss is DENIED and Defendant's motion to strike is DENIED.

    IT IS SO ORDERED.

Dated: 7/2/07

                                  CLAUDIA WILKEN
                                  United States District Judge