Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, California 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Joel S. Feldman
jfeldman@sidley.com
Peter Flanagan (SBN 234528)
pmflanagan@sidley.com
Ashwin Janakiram
ajanakiram@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Attorneys For Defendant
JACKSON NATIONAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, Individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>            Defendants. | Case No. C-07-0371<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING REDACTION OF PLAINTIFF'S PERSONAL INFORMATION<br><br>The Honorable Claudia Wilken |

- 1 -

Stipulation and [Proposed] Order Regarding Redaction of Plaintiff's Personal Information
Case No. C-07-0371

1  WHEREAS, Jackson National Life Insurance Company electronically filed its Reply
2  Memorandum of Points of Authorities in Support of Motion to Dismiss for Failure to State a
3  Claim on June 11, 2007 (Document #44);

4  WHEREAS, an insurance policy and application titled "Exhibit 1" was attached to JNL's
5  Reply Memorandum of Points of Authorities in Support of Motion to Dismiss for Failure to State
6  a Claim;

7  WHEREAS, Exhibit 1 displays Plaintiff, Janice Kennedy's and beneficiaries, Kathleen T.
8  Pallett's and David A. Wilson's, social security numbers;

9  WHEREAS, the parties have agreed that the social security numbers should be redacted
10 to protect Plaintiff's personal information;

11 WHEREAS, "Redacted Exhibit 1.pdf" attached to this Stipulation and Proposed Order is
12 a redacted version of the Exhibit 1 attached to JNL's Reply Memorandum of Points of
13 Authorities in Support of Motion to Dismiss for Failure to State a Claim (Document #44).

14 WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate
15 and agree the "Redacted Exhibit 1.pdf" attached to this Stipulation and Proposed Order should
16 be substituted for the Exhibit 1 attached to JNL's previously filed Reply Memorandum of Points
17 of Authorities in Support of Motion to Dismiss for Failure to State a Claim (Document #44).

18 Dated: 7/10/07         SIDLEY AUSTIN LLP
19
20                        By: _____
21                        Geoffrey M. Ezgar
                          Attorneys for Defendant
                          Jackson National Life Insurance Company
22 Dated:                 RENNE SLOAN HOLTZMAN SAKAI LLP
23
24                        By: _____
25                        Ingrid M. Evans
                          Attorneys for Plaintiff
26                        Janice Kennedy
27                                    - 2 -
28 Stipulation and [Proposed] Order Regarding Redaction of Plaintiff's Personal Information
   Case No. C-07-0371

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Based on the stipulation of the parties and good cause appearing therefor, it is hereby |
| 3 | ORDERED as follows: |
| 4 | "Redacted Exhibit 1.pdf" attached to this Stipulation and [Proposed] Order shall be |
| 5 | substituted for the Exhibit 1 attached to JNL's previously filed Reply Memorandum of Points of |
| 6 | Authorities in Support of Motion to Dismiss for Failure to State a Claim (Document #44) |
| 8 | IT IS SO ORDERED. |
| 10 | Dated: 7/13/07 |
| 11 | Honorable Claudia Wilken<br>United States District Judge |

- 3 -

Stipulation and [Proposed] Order Regarding Redaction of Plaintiff's Personal Information
Case No. C-07-0371

CH1 3925893v.1