RENNE SLOAN HOLTZMAN SAKAI LLP
LOUISE H. RENNE (36508)
INGRID M. EVANS (179094)
DAVID L. CHENG (240926)
STEVEN P. SHAW (242593)
350 Sansome Street, Suite 300
San Francisco, CA  94104-1304
Telephone:  415/678-3800
415/678-3838 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
JEFFREY R. KRINSK LLP (109234)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>Defendants. | Civil Action No. 07-cv-00371-CW<br><br>**STIPULATION AND ORDER EXTENDING DATE TO ADD ADDITIONAL PARTIES AND CLAIMS** |

The Parties hereto, through their respective attorneys of records, stipulate and request the Court to extend the deadline for Plaintiff to add additional parties and claims from

1

Kennedy v. Jackson National; 07-00371 CW
Stipulation and Proposed Order

September 26, 2007, to and including March 28, 2008.

Good cause exists for this request because the Parties have agreed to allow Jackson National an additional 60 days torespond to plaintiff's written discovery requests given the scope of the requests..

Dated: September ___, 2007                          Dated:  September ___, 2007
RENNE SLOAN HOLTZMAN SALKA LLP      SIDLEY AUSTIN LLP


By: _____                          By: _____
         Ingrid M. Evans                                        Geoffrey M. Ezgar

Attorneys for Plaintiff                             Attorneys for Defendant
Janice Kennedy                                      Jackson National Life Insurance Company

**ORDER**

IT IS SO ORDERED.  The last day for Plaintiff to add additional parties and claims is extended to March 28, 2008.

9/27/07
_____                              _____
Date                                                Hon. Claudia Wilken
                                                    Judge of the United States District Court,
                                                    Northern District of California

2

Kennedy v. Jackson National; 07-00371 CW
Stipulation and Proposed Order