Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Ste. 2000
San Francisco, California 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Joel S. Feldman
jfeldman@sidley.com
Peter M. Flanagan (SBN 234528)
pmflanagan@sidley.com
Ashwin Janakiram
ajanakiram@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Attorneys For Defendant
**JACKSON NATIONAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>Defendant. | Civil Action No. 07-cv-00371-CW<br><br>**STIPULATION REGARDING CONTINUATION OF PRIVATE MEDIATION DATE; ORDER THEREON**<br><br>**Before:** The Honorable Claudia Wilken |

## STIPULATION REGARDING
## CONTINUATION OF PRIVATE MEDIATION DATE

This Stipulation is made between the Plaintiff Janice Kennedy and Defendant Jackson National Life Insurance Company ("Jackson National"), by their respective counsel of record, with respect to the following:

WHEREAS, the Court, in its Minute Order and Case Management Order, dated July 2, 2007, referred this case to the ADR process of private mediation;

WHEREAS, the Court ordered that such private mediation be held by January 31, 2008;

WHEREAS, the parties are currently conducting discovery relevant to their claims and defenses and believe that the mediation deadline should be continued to allow for the completion of additional discovery;

WHEREAS, no prior request to extend the deadline for private mediation has been made in this case; and

WHEREFORE, the parties hereby respectfully request that the deadline for completing private mediation in this case be extended to July 31, 2008.

| | |
|---|---|
| Dated: January 14, 2008 | FINKELSTEIN & KRINSK LLP |
| | By: /s/ Howard D. Finkelstein |
| | Howard D. Finkelstein |
| | One of the Attorneys for Plaintiff Janice Kennedy |
| Dated: January 14, 2008 | SIDLEY AUSTIN LLP |
| | By: /s/ Geoffrey M. Ezgar |
| | Geoffrey M. Ezgar |
| | One of the Attorneys for Defendant |
| | Jackson National Life Insurance Company |

3

**STIPULATION REGARDING CONTINUATION OF PRIVATE MEDIATION DATE;
[PROPOSED] ORDER THEREON – C 07 00371-CW**

# ATTESTATION OF SIGNATURE

## (N.D. Cal. General Order 45)

Pursuant to General Order No. 45, § X(B), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: January 14, 2008

SIDLEY AUSTIN LLP

By:     /s/ Geoffrey M. Ezgar
           Geoffrey M. Ezgar

One of the Attorneys for Defendant

Jackson National Life Insurance Company

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the Stipulation of the parties, and good cause appearing therefore, IT IS |
| 3 | HEREBY ORDERED that the January 31, 2008, deadline for private mediation is HEREBY |
| 4 | CONTINUED to July 31, 2008. |
| 5 | Dated: January 15, 2008 |

_____
Hon. Claudia Wilken
United States District Judge