1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JANICE KENNEDY,                          No. C-07-0371 CW (MEJ)
12            Plaintiff,
13                                            **NOTICE OF REFERENCE**
        vs.
14   JACKSON NATIONAL LIFE INSURANCE
     COMPANY,
15
16            Defendant.
                                                      /
17
18   TO ALL PARTIES AND COUNSEL OF RECORD:
19
         The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes
20
     of discovery.  Please be advised that if a specific motion was filed before the district court prior to
21
     this referral, the noticed date will no longer be in effect.  Rather, the parties shall comply with Judge
22
     James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which is enclosed
23
     herewith.
24
         Counsel are advised that in regard to any pending discovery disputes, they must comply with
25
     Judge James' standing order and meet and confer in person.  If the parties are unable to resolve their
26
     dispute after the meet and confer session, they shall file a joint meet and confer letter.  A separate
27
     letter should be filed for each dispute.  Upon careful review of the parties' letter, the Court will
28

either order further briefing, oral argument, or deem the matter submitted on the papers.

Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the

filing of a joint letter.  A separate letter should be filed for each category of discovery and/or issue in

dispute.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.

**IT IS SO ORDERED.**

Dated:   January 23, 2008

IT IS SO ORDERED

Judge Maria-Elena James

MA_____
Uni_____ate Judge