1  Geoffrey M. Ezgar (SBN 184243)
   gezgar@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Tel:    (415) 772-1200
5  Fax:    (415) 772-7400

6  Joel S. Feldman (SBN 3125052)
   jfeldman@sidley.com
7  Peter M. Flanagan (SBN 234528)
   pmflanagan@sidley.com
8  SIDLEY AUSTIN LLP
   One South Dearborn Street
9  Chicago, Illinois  60603
   Tel:    (312) 853-7000
10 Fax:    (312) 853-7036

11 **Attorneys For Defendant**
   **JACKSON NATIONAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>　　　　　Defendant. | Case No. 07-cv-00371-CW<br><br>Assigned to: The Honorable Claudia Wilken<br><br>**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING** |

---

**STIPULATION REGARDING EXTENSION OF CLASS CERTIFICATION BRIEFING; [PROPOSED] ORDER THEREON - C 07-00371-CW**

# STIPULATION REGARDING
# THREE MONTH EXTENSION OF CLASS CERTIFICATION BRIEFING

This Stipulation is made between the Plaintiff Janice Kennedy ("Plaintiff") and Defendant Jackson National Life Insurance Company ("Jackson National"), by their respective counsel of record, with respect to the following:

WHEREAS, the Court, in its Minute Order and Case Management Order, dated July 2, 2007, ordered Plaintiff to file her motion for class certification along with expert reports by March 18, 2008;

WHEREAS, the Court ordered Jackson National to file its opposition to Plaintiff's motion for class certification, along with expert reports, by May 19, 2008;

WHEREAS, the Court ordered Plaintiff to file her reply in support of her motion for class certification by June 19, 2008;

WHEREAS, the Court set a hearing date for Plaintiff's motion for class certification, and to set pretrial and trial dates, for July 3, 2008;

WHEREAS, the parties are currently conducting discovery relevant to their claims and defenses and believe that the class certification briefing schedule should be extended to allow for the completion of additional discovery;

WHEREAS, no prior request to extend the deadline for class certification briefing has been made in this case; and

WHEREFORE, the parties hereby respectfully request that the deadline for class certification briefing in this case be extended as follows:

(1) Plaintiff's motion for class certification along with expert reports shall be due June 30, 2008;

(2) Jackson National's opposition to Plaintiff's motion for class certification along with expert reports shall be due August 30, 2008; and

(3) Plaintiff's reply in support of her motion for class certification shall be due September 30, 2008.

| | | |
|---|---|---|
| 1 | Dated: February 18, 2008 | RENNE SLOAN HOLTZMAN SAKAI LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Ingrid M. Evans |
| 5 | | Ingrid M. Evans<br>One of the Attorneys For Plaintiff<br>JANICE KENNEDY |
| 6 | | |
| 7 | Dated: February 18, 2008 | SIDLEY AUSTIN LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Geoffrey M. Ezgar |
| 11 | | Geoffrey M. Ezgar<br>One of the Attorneys For Defendant<br>JACKSON NATIONAL LIFE INSURANCE COMPANY |
| 12 | | |

3

**STIPULATION REGARDING EXTENSION OF CLASS CERTIFICATION BRIEFING; [PROPOSED] ORDER THEREON - C 07-00371-CW**

SF1 1488946v.1

## ATTESTATION OF SIGNATURE

**(N.D. Cal. General Order 45)**

Pursuant to General Order No. 45, § X(B), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: February 18, 2008

SIDLEY AUSTIN LLP

By: /s/ Geoffrey M. Ezgar
Geoffrey M. Ezgar
One of the Attorneys For Defendant
JACKSON NATIONAL LIFE INSURANCE COMPANY

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the class certification briefing schedule is HEREBY EXTENDED as follows:

(1) Plaintiff's motion for class certification along with expert reports shall be due June 30, 2008;

(2) Jackson National's opposition to Plaintiff's motion for class certification along with expert reports shall be due August 30, 2008;

(3) Plaintiff's reply in support of her motion for class certification shall be due September 30, 2008; and

(4) A hearing on Plaintiff's motion for class certification, and a Further Case Management Conference to set pretrial and trial dates, will be held on October 16, 2008, at 2:00 p.m.

Dated: March 12, 2008

_____
Hon. Claudia Wilken
United States District Judge