IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | Case No. C-08-1395 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants. | |
| _____/ | |

The Court hereby continues the hearing on defendant's motion to dismiss, originally scheduled for June 18, 2008. The hearing is reset for July 10, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 18, 2008

MARIA-ELENA JAMES
United States Magistrate Judge