**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNEDY, | Case No. C-07-0371 MEJ |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S DOCUMENT REQUESTS NUMBERS 29 AND 30 |
| vs. | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | |
| Defendants. | |

The court is in receipt of the parties' joint discovery letter. (docket # 68) After careful consideration, the Court rules as follows:

As to Plaintiff's Request for Documents #29, Defendant Jackson Life Insurance Company shall, within two weeks of the issuance of this order, produce all actuarial documents related to the Jackson National Life Insurance Company Bonus Max 2 policy.

As to Plaintiff's Request for Documents #30, Defendant Jackson Life Insurance shall produce all documents including any internal memorandum, emails, notes/or letters referring or relating to the launch, development, modification, addition and/or removal of product features of Jackson National Life Bonus Max 2 policy.

If after the production of the documents relating to the Bonus Max 2 policy, plaintiff believes that she is entitled to the production of additional actuarial documents, the parties shall meet and confer and file an additional joint discovery letter. In that letter plaintiff shall specify why this court should order the production of additional actuarial documents in response to her request for documents nos. 29 and 30, and defendant shall reply to plaintiff's arguments.

**IT IS SO ORDERED.**

Dated: June 26, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2