RENNE SLOAN HOLTZMAN SAKAI LLP
LOUISE H. RENNE (36508)
INGRID M. EVANS (179094)
DAVID L. CHENG (240926)
STEVEN P. SHAW (242593)
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415/678-3800
415/678-3838 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>Defendants. | Case No. C-07-0371<br><br>**ORDER AMENDING PRETRIAL SCHEDULE AS MODIFIED**<br><br>Before: The Honorable Claudia Wilken |

Having reviewed the parties submissions and for good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

**Plaintiff's Motion for Class Certification**

Plaintiff's class certification motion with expert reports shall be due on December 12, 2008.

Defendant's opposition to class certification motion with expert reports shall be due on February 13, 2009.

Plaintiff's reply memorandum in support of class certification shall be due on March 13, 2009.

A hearing on the motion for class certification will be held on April 2, 2009, at 2:00 p.m.

**Private Mediation**

The parties shall conduct all private mediation on or before March 20, 2009.

**Pretrial Dates**

Fact discovery concerning class certification shall be completed on or before December 29, 2008.

The parties shall disclose the identities and reports of expert witnesses on issues beyond class certification on or before May 25, 2009.

The parties shall serve rebuttal expert witness list on or before June 8, 2009.

All depositions of experts shall be conducted by July 6, 2009.

All case-dispositive motions shall be filed on or before August 11, 2009 and noticed for hearing on September 17, 2009, at 2:00 p.m.  A further Case Management Conference will also be held on September 17, 2009, whether or not dispositive motions are filed (or on whatever date dispositive motions are set).

IT IS SO ORDERED.

1
2   Dated: Oct. 6, 2008

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California