1  WATERS & KRAUS, LLP
   INGRID M. EVANS (179094)
2  DAVID L. CHENG (240926)
   601 Van Ness Avenue, Suite 2080
3  San Francisco, CA 94102
   Telephone: (415) 317-9669
4
   FINKELSTEIN & KRINSK LLP
5  HOWARD D. FINKELSTEIN (102964)
   MARK L. KNUTSON (131770)
6  C. MICHAEL PLAVI II (217153)
   501 West Broadway, Suite 1250
7  San Diego, CA 92101
   Telephone: 619/238-1333
8  619/238-5425 (fax)

9  *Interim Co-Lead Class Counsel*

FILED
NOV 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>Defendants. | Case No. C-07-0371<br><br>**STIPULATION RE SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**<br><br>Before: The Honorable Claudia Wilken |

## STIPULATION

The undersigned party and counsel hereby stipulate that Plaintiff Janice Kennedy retain Ingrid M. Evans and the law firm of Waters & Kraus, LLP, 601 Van Ness Avenue, Suite 2080, San Francisco, CA 94102, Telephone (415) 317-9669, and whose e-mail address is ievans@waterskraus.com to represent her in place of Renne Sloan Holtzman Sakai LLP.

1  I consent to this substation of counsel.

2  Dated: October __, 2008

3  Janice Kennedy

4  I consent to this substitution of counsel.

5  Dated: October 27, 2008              WATERS & KRAUS, LLP

6

7  By: _____

8  Ingrid M. Evans
   One of the Attorneys for Plaintiff Janice Kennedy

9  I consent to this substitution of counsel.

10 Dated: October 27, 2008              RENNE SLOAN HOLTZMAN SAKAI LLP

11

12

13 By: _____

14 Charles Sakai
   Former Attorneys for Plaintiff Janice Kennedy

15

16

17                            [PROPOSED] ORDER

18

19     IT IS SO ORDERED.

20 Dated: __11/17__, 2008

21                                       Hon. Claudia Wilken
                                         Judge of the United States District Court,
22                                       Northern District of California

23

24

25

26

27

28