IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY, | No. C-07-0371 CW (MEJ) |
|     Plaintiff, | **ORDER SCHEDULING TELEPHONIC DISCOVERY HEARING** |
| v. | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | |
|     Defendant._____/ | |

    PLEASE BE ADVISED that the Honorable Maria-Elena James has scheduled a Telephonic Discovery Hearing to be held on December 9, 2008, at 2:30 p.m., regarding Document #89 filed on October 17, 2008. The parties shall initiate the call and contact this Court at (415) 522-4698 for the Telephonic Conference.

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: December 4, 2008

    HON. MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE