FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

WATERS & KRAUS, LLP
INGRID M. EVANS (179094)
DAVID L. CHENG (240926)
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: 1-800-226-9880
214/777-0470 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>　　　　　Defendants. | Case No. C-07-0371<br><br>**ORDER AMENDING PRETRIAL SCHEDULE**<br><br>Before: The Honorable Claudia Wilken |

Having reviewed the parties submissions and for good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

**Plaintiff's Motion for Class Certification**

Plaintiff's class certification motion with expert reports shall be due on March 13, 2009.

Defendant's opposition to class certification motion with expert reports shall be due on May 15, 2009.

Plaintiff's reply memorandum in support of class certification shall be due on June 12, 2009.

A hearing on the motion for class certification will be held on **July 2, 2009, at 2:00 p.m.**.

**Private Mediation**

The parties shall conduct all private mediation on or before June 26, 2009.

**Pretrial Dates**

Fact discovery concerning class certification shall be completed on or before April 10, 2009.

The parties shall disclose the identities and reports of expert witnesses on issues beyond class certification on or before August 21, 2009.

The parties shall serve rebuttal expert witness list on or before September 11, 2009.

All depositions of experts shall be conducted by October 9, 2009.

All case-dispositive motions shall be filed on or before November 6, 2009 and noticed for hearing on **December 17, 2009, at 2:00 p.m**. A further Case Management Conference will also be held on December 17, 2009, whether or not dispositive motions are filed (or on whatever date dispositive motions are set).

IT IS SO ORDERED.

Dated: December 5, 2008

Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California