IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE KENNEDY,

        Plaintiff,

vs.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

No. C-07-0371 CW (MEJ)

DISCOVERY ORDER

    After further review of the Joint Letter filed on October 17, 2008, this court finds that the plaintiff's request for production of documents is overbroad and burdensome as framed. The court hereby denies plaintiff's request for production of documents without prejudice to the plaintiffs narrowing their request to documents that are relevant to the product that Plaintiff actually purchased, the "Bonus Max 2." The parties are ordered to meet and confer and prepare a further joint letter if there are further disputes about this production.

    The telephonic discovery conference set for Tuesday, December 9, 2008 is hereby vacated.

    IT IS SO ORDERED.

Dated: December 8, 2008



MARIA-ELENA JAMES
United States Magistrate Judge