UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>Defendants. | Case No. C-07-0371<br><br>**ORDER AMENDING PRETRIAL SCHEDULE**<br><br><br>Before:  The Honorable Claudia Wilken |

Having reviewed the parties submissions and for good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

**Plaintiff's Motion for Class Certification**

Plaintiff's class certification motion with expert reports shall be due on June 12, 2009.

Defendant's opposition to class certification motion with expert reports shall be due on August 14, 2009.

Plaintiff's reply memorandum in support of class certification shall be due on September 11, 2009.

A hearing on the motion for class certification will be held on **October 1, 2009, at 2:00 p.m.** (to be set by the court).

**Private Mediation**

The parties shall conduct all private mediation on or before October 26, 2009.

**Pretrial Dates**

1   Fact discovery concerning class certification shall be completed on or before June 10, 2009.

2   The parties shall disclose the identities and reports of expert witnesses on issues beyond class

3   certification on or before November 20, 2009.

4   The parties shall serve rebuttal expert witness list on or before December 18, 2009.

    All depositions of experts shall be conducted by January 15, 2010.

5   All case-dispositive motions shall be filed on or before January 29, 2010 and noticed for

6   hearing on **April 8, 2010, at 2:00 p.m.** (to be set by the court). A further Case Management

7   Conference will also be held on **April 8, 2010** (to be set by the court), whether or not dispositive

8   motions are filed (or on whatever date dispositive motions are set).

9   IT IS SO ORDERED.

10

11  Dated: February 27, 2009

12                                                    Hon. Claudia Wilken
                                                      Judge of the United States District Court,
13                                                    Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28