UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>            Defendants. | Case No. C-07-0371<br><br>**ORDER AMENDING PRETRIAL SCHEDULE**<br><br>Before: The Honorable Claudia Wilken |

Having reviewed the parties submissions and for good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

**Plaintiff's Motion for Class Certification**

Plaintiff's class certification motion with expert reports shall be due on September 14, 2009.

Defendant's opposition to class certification motion with expert reports shall be due on November 16, 2009.

Plaintiff's reply memorandum in support of class certification shall be due on December 21, 2009.

A hearing on the motion for class certification will be held on **April 8, 2010, at 2:00 p.m.**

**Private Mediation**

The parties shall conduct all private mediation on or before January 26, 2010.

**Pretrial Dates**

Fact discovery concerning class certification shall be completed on or before September 14, 2009.

The parties shall disclose the identities and reports of expert witnesses on issues beyond class certification on or before February 20, 2010.

The parties shall serve rebuttal expert witness list on or before March 11, 2010.

All depositions of experts shall be conducted by April 15, 2010.

All case-dispositive motions shall be filed on or before April 29, 2010 and noticed for hearing on **June 3, 2010 at 2:00 p.m**. A further Case Management Conference will also be held on **June 3, 2010, at 2:00 p.m**., whether or not dispositive motions are filed (or on whatever date dispositive motions are set).

IT IS SO ORDERED.

Dated: June 9, 2009

Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California