**WATERS KRAUS & PAUL, LLP**
**INGRID M. EVANS (179094)**
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102
Telephone:  415/296-6060
214/777-0470 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>Defendant. | Case No. C-07-0371<br><br>**ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Before:  The Honorable Claudia Wilken |

Having reviewed the parties' submissions and for good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on Plaintiff's Motion for Leave to File Second Amended Class Action Complaint (Docket No. 103) is modified so that Jackson's response is due on September 10, 2009, Plaintiff's reply is due on September 17, 2009. The hearing on the motion is hereby re-set for October 1, 2009.

Dated: September 9, 2009

*Claudia Wilken*

Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California