WATERS, KRAUS & PAUL
INGRID M. EVANS (179094)
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: 1-800-226-9880
214/777-0470 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101-3593
Telephone: 619/238-1333
619/238-5425 (Fax)

*Interim Co-Lead Class Counsel,*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANICE KENNEDY, Individually, and on Behalf of herself and All Others Similarly Situated.<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>Defendant. | Case No.: C-07-0371-CW<br><br>**ORDER AMENDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Before: The Honorable Claudia Wilken |

Having reviewed the parties submissions and for good cause appearing, IT IS HEREBY ORDERED that the Class Certification Briefing schedule is modified as follows:

**Plaintiff's Motion for Class Certification**

Plaintiff's class certification motion with expert reports shall be due on or before December 11, 2009.

Defendant's opposition to class certification motion with expert reports shall be due on or before February 10, 2010.

Plaintiff's reply memorandum in support of class certification shall be due on or before March 12, 2010.

A hearing on the motion for class certification will be held on **April 8, 2010, at 2:00 P.M.** (as previously scheduled).

IT IS SO ORDERED.

Dated: September 14, 2009

_____
Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California