Ryan M. Sandrock (SBN 184243)
rsandrock@sidley.com
Sidley Austin LLP
555 California Street, Ste. 2000
San Francisco, California 94104
Tel:  (415) 772-1200
Fax:  (415) 772-7400

Joel S. Feldman
jfeldman@sidley.com
Eric S. Mattson
emattson@sidley.com
Kevin M. Fee, Jr.
kfee@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036

Attorneys for Defendant
JACKSON NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C-07-0371<br><br>**JOINT REQUEST AND [PROPOSED] ORDER VACATING MEET AND CONFER CONFERENCE DATE**<br><br>Assigned to Magistrate Judge:<br>The Honorable Maria Elena-James |

This joint request is made between Plaintiff Janice Kennedy and Defendant Jackson National Life Insurance Company ("Jackson"), by and through their respective counsel of record, with respect to the following facts:

WHEREAS, pursuant to the Court's October 28, 2009 order (Dkt. 140) ("Order") the parties are currently scheduled to meet and confer in person in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 on November 2, 2009;

WHEREAS, the Order holds that "if the parties…file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date";

WHEREAS, the parties have filed outstanding joint meet and confer letters on October 30, 2009;

WHEREAS, the parties, by and through their respective counsel of record, jointly request that the Court vacate the November 2, 2009 meet and confer date.

Dated: October 30, 2009     FINKELSTEIN & KRINSK, LLP

By:  /s/ C. Michael Plavi II
C. Michael Plavi II
One of the Attorneys for Plaintiff Janice Kennedy

Dated: October 30, 2009     SIDLEY AUSTIN LLP

By:  /s/ Eric S. Mattson
Eric S. Mattson
One of the Attorneys for Defendant
Jackson National Life Insurance Company

| | |
|---|---|
| 1 | **EXHIBIT A** |
| 2 | |
| 3 | Ryan M. Sandrock (SBN 184243)<br>rsandrock@sidley.com |
| | Sidley Austin LLP |
| 4 | 555 California Street, Ste. 2000<br>San Francisco, California  94104 |
| 5 | Tel:   (415) 772-1200<br>Fax:  (415) 772-7400 |
| 6 | |
| 7 | Joel S. Feldman<br>jfeldman@sidley.com |
| | Eric S. Mattson |
| 8 | emattson@sidley.com |
| | Kevin M. Fee, Jr. |
| 9 | kfee@sidley.com |
| | Sidley Austin LLP |
| 10 | One South Dearborn Street |
| | Chicago, Illinois  60603 |
| 11 | Tel:   (312) 853-7000<br>Fax:  (312) 853-7036 |
| 12 | |
| 13 | |
| 14 | Attorneys for Defendant<br>JACKSON NATIONAL LIFE INSURANCE COMPANY |
| 15 | |
| 16 | UNITED STATES DISTRICT COURT |
| 17 | NORTHERN DISTRICT OF CALIFORNIA |
| 18 | OAKLAND DIVISION |

| | | | |
|---|---|---|---|
| 19 | JANICE KENNEDY, individually, and on behalf of herself and all others similarly situated, | ) ) ) | Case No. C-07-0371 |
| 20 | | ) | |
| 21 | | ) ) | [PROPOSED] ORDER VACATING |
| 22 | Plaintiff, | ) ) | MEET AND CONFER CONFERENCE DATE |
| 23 | vs. | ) ) | |
| 24 | | ) ) | |
| 25 | JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | Assigned to Magistrate Judge:<br>The Honorable Maria Elena-James |
| 26 | | ) | |
| 27 | Defendant. | ) ) | |
| 28 | | | |

Having reviewed the parties' joint request to vacate and for good cause appearing, IT IS HEREBY ORDERED that the November 2, 2009 meet and confer date is vacated.

IT IS SO ORDERED.

Dated: ~~October 30, 2009~~ November 2, 2009

Hon. Maria Elena James
Magistrate Judge of the United States District Court, Northern District of California

WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94104
Telephone: 415/296-6060
214/777-0470 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
hdf@classactionlaw.com
MARK L. KNUTSON (131770)
mlk@classactionlaw.com
C. MICHAEL PLAVI II (217153)
cmp@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, Individually, and on Behalf of Herself and All Others Similarly Situated. ) ) ) ) | Case No. C-07-0371 CW |
| Plaintiffs, ) ) | **CERTIFICATE OF SERVICE** |
| vs. ) ) | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation. ) ) ) ) ) ) ) ) | The Honorable Claudia Wilken |
| Defendant. | |

**CERTIFICATE OF SERVICE**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document entitled Joint Request and [Proposed] Order Vacating Meet and Confer Conference Date, filed electronically in the U.S. District Court for the Northern District of California at Oakland on October 30, 2009. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                                           /s/Andrea Vasquez
                                                            Andrea Vasquez

**CERTIFICATE OF SERVICE**