UNITED STATES DISTRICT COURT

Northern District of California

JANICE KENNEDY,

        Plaintiff(s),

   v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

        Defendant(s).

No. C 07-00371 CW (MEJ)

**ORDER SCHEDULING DISCOVERY HEARING**

On November 6, 2009, the undersigned conducted a telephonic discovery conference in this case. As a result of discussions during the conference, the parties agreed to meet and confer and thereafter advise the Court of the results via email. Since that time, rather than simply advise the Court of the results, the parties have chosen to send the undersigned a flurry of emails in which they argue back and forth about their disputes. As the parties are well aware, this is not the proper means by which they are to present their disputes to the Court. Accordingly, the Court hereby ORDERS the parties to appear for a discovery conference on November 12, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If either or both parties wish to appear by phone, they shall provide a local or toll free number at which they can be reached for the conference. The parties shall e-file the contact information by Wednesday, November 11, 2009, at 12:00 noon. The parties shall also call the courtroom deputy, Brenda Tolbert, by noon on November 11, at (415) 522-4708, and provide her the contact information as well.

**IT IS SO ORDERED.**

Dated: November 10, 2009

                                              Maria-Elena James
                                              Chief United States Magistrate Judge