UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation<br><br>    Defendants. | Case No. C-07-0371<br><br>**ORDER DENYING PARTIES' JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION PURSUANT TO LOCAL RULE 7-11**<br><br>Before: The Honorable Claudia Wilken |

Having reviewed the Parties' motion and stipulation, IT IS HEREBY ORDERED that the Parties' Joint Motion for Leave to Exceed the Page Limitation Pursuant to Local Rule 7-11 concerning class certification is DENIED.

Dated: January 22, 2010

_____
Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California