UNITED STATES  DISTRICT COURT

Northern District of California

JANICE KENNEDY,

                    Plaintiff(s),                         No. C-07-O371 CW (MEJ)
        v.
                                                          **NOTICE AND ORDER SETTING**
JACKSON NATIONAL LIFE INSURANCE                           **HEARING**
CO.,

                    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


        The above-entitled case has been scheduled for Discovery Hearing on  April 8, 2010, at 10:00

a.m., in Courtroom B, 450 Golden Gate Avenue, San Francisco, California 94102.  before Chief

Magistrate Judge Maria-Elena James.


Dated:  April 5,  2010

                                                    _____
                                                    Brenda Tolbert, Courtroom Deputy to
                                                    MARIA-ELENA JAMES,
                                                    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**