WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
ievans@waterskraus.com
SUNDEEP PATEL (242284)
spatel@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: 415/296-6060 or
800/226-9880
214/777-0470 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
hdf@classactionlaw.com
MARK L. KNUTSON (131770)
mlk@classactionlaw.com
C. MICHAEL PLAVI II (217153)
cmp@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

*Interim Co-Lead Class Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, Individually, and on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>Defendant. | Case No. C-07-0371 CW<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME PURSUANT TO LOCAL RULE 6-1(b) AND 6-3 RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - as modified**<br><br>Date: June 3, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Before: The Honorable Claudia Wilken |

1  This cause has come before the Court upon Plaintiff's motion to extend time pursuant to
2  Civil L.R. 6-1(b) and 6-3 Re: Defendant's motion for summary judgment. The Court having
3  reviewed the request and for good cause appearing, orders as follows.

4  Plaintiff's motion to extend time pursuant to Civil L.R. 6-1(b) and 6-3 regarding
5  Defendant's motion for summary judgment is GRANTED.

6  Plaintiff's opposition shall be due on or before **July 8, 2010**.

7  Defendant's Reply shall be on or before due **July 22, 2010**.
8
9  Hearing shall be held on **August 5, 2010** at 2:00 P.M. (subject to the Court's availability
10 and/or the earliest alternative date thereafter). **The CMC set for June 3, 2010 is continued to**
11 **August 5, 2010 at 2 p.m.**
12
   IT IS SO ORDERED
13

14
   Dated:  May 10 , 2010                        _____
15                                              Hon. Claudia Wilken
                                                Judge of the United States District Court,
16                                              Northern District of California

17

[Proposed] Order Granting Plaintiff's Motion to Extend Time Pursuant To Local Rule 6-1(b) and 6-3 Re: Defendant's Motion for Summary Judgment - Case No. C-07-0371 CW