WATERS KRAUS & PAUL
INGRID M. EVANS (179094)
SUNDEEP PATEL (242284)
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: 415/296-6060 or
800/226-9880
214/777-0470 (fax)

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

*Co-Lead Counsel for
Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, individually, and on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation <br><br> Defendants. | Case No. C-07-0371 <br><br> **ORDER AMENDING DEADLINE TO CONDUCT PRIVATE MEDIATION** <br><br><br><br> Before: The Honorable Claudia Wilken |

1 | Having reviewed the parties submission and for good cause appearing, IT IS HEREBY ORDERED that private mediation shall be conducted no later than October 12, 2010.

IT IS SO ORDERED.

Dated: August 3, 2010

_____
Hon. Claudia Wilken
Judge of the United States District Court,
Northern District of California