UNITED STATES DISTRICT COURT

Northern District of California

JANICE KENNEDY, Individually, and on Behalf of Herself and All Others Similarly Situated,

          Plaintiff,

  v.

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

          Defendant.
_____/

No. C-07-0371 CW

**DISCOVERY ORDER RE: DKT #267**

Before the Court is the parties' joint discovery dispute letter ("Joint Letter"), dated August 13, 2010. (Dkt. #267.) In the Joint Letter, Defendant seeks to compel Plaintiff's expert, Jeffrey K. Dellinger, to either (a) answer questions which he refused to answer at his deposition or (b) withdraw from the case as an expert witness in light of his refusal to provide the information. (Joint Letter at 1.) Plaintiff contends, among other things, that Defendant's request is improper and untimely because it was not filed within the express time limits proscribed by Civil L.R. 37-3, requiring all motions to compel discovery to be filed no later than 7 days after the discovery cut-off. (Joint Letter at 4.) The Court agrees. As the Honorable Claudia Wilken, the presiding judge in this matter, established a discovery cut-off of April 15, 2010, (*See* Dkt. #142), the undersigned finds that Defendant's request is untimely. Accordingly, the motion is DENIED WITHOUT PREJUDICE to Defendant seeking leave from Judge Wilken to extend the discovery cut-off.

**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge