IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNEDY, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. C 07-0371 CW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO DIRECT PUBLICATION OF COURT'S OCTOBER 6, 2010 ORDER<br>(Docket No. 295) |

　　Defendant Jackson National Life Insurance Company asks the Court to direct the publishers of Federal Supplement, Second Series to include in that compilation the Court's Order of October 6, 2010.  Plaintiff Janice Kennedy opposes Defendant's request and asks the Court to designate the Order as "NOT FOR CITATION."

　　The Court DENIES both Defendant's and Plaintiff's requests.

　　IT IS SO ORDERED.

Dated: 10/28/2010

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge