IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE KENNEDY, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 07-0371 CW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO BILL OF COSTS<br>(Docket No. 301) |

    Defendant Jackson National Life Insurance Company moves for leave to file a response to Plaintiff Janice Kennedy's objections to its bill of costs.  Plaintiff opposes the motion.

    Having considered the papers submitted by the parties, the Court DENIES Defendant's motion.  If Defendant desires to challenge the Clerk's taxation of costs, which has not yet issued, it may file a motion for review of the Clerk's action.  <u>See</u> Fed. R. Civ. 54(d)(1).  This motion must be filed within seven days of the Clerk's decision.  <u>Id.</u>  If such a motion is filed, Plaintiff's opposition shall be due fourteen days after its filing and any reply, if necessary, shall be due one week thereafter.  Any motion for review of the Clerk's taxation of costs will be taken under submission on the papers.

    IT IS SO ORDERED.


Dated: 11/17/2010

                                            CLAUDIA WILKEN
                                            United States District Judge