WATERS KRAUS & PAUL
Jennifer McIntosh (264903)
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
Telephone: (415) 296-6060
Facsimile: (214) 777-0470

FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
MARK L. KNUTSON (131770)
C. MICHAEL PLAVI II (217153)
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: (619) 238-1333
619/238-5425 (fax)

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE KENNEDY, Individually, and on Behalf of Herself and All Others Similarly Situated. | ) Case No. C-07-0371 CW )<br>) **ORDER GRANTING PARTIES'** |
| Plaintiffs, | ) **STIPULATION THAT EACH PARTY**<br>) **BEAR THEIR OWN COSTS**<br>) |
| vs. | ) |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

- 1 -

1  Having reviewed the parties' stipulation, IT IS HEREBY ORDERED that:

1. The Clerk's Taxation of Costs entered on November 18, 2010 is vacated;
2. Plaintiff Janice Kennedy's Motion for (1) Review of Clerk's Taxation of Costs and (2) for Relief from Portion of Judgment Awarding Costs or Amendment to Judgment Regarding Award of Costs is denied as moot; and
3. The parties shall bear their own costs and fees incurred in this action.

Dated: February 10, 2011

Hon. Claudia Wilken
Judge of the United States District Court
Northern District of California